**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M&M Bedding LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Contour Bedding |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-0327228 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1401 S. Edgewood St. | |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| Halethorpe     MD     21227 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Baltimore County | |
| County | Number     Street |
| | |
| | City     State     ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  M&M Bedding LLC
_____Name_____

Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>4421 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                              MM / DD / YYYY<br>          District _____  When _____  Case number _____<br>                                              MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>          District _____  When _____<br>                                              MM / DD / YYYY<br>          Case number, if known _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

Debtor  M&M Bedding LLC  Case number (*if known*)_____
_____Name_____

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number    Street

_____

_____    _____   _____
 City    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
 Contact name _____
 Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor  M&M Bedding LLC
Name

Case number (if known) _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/28/2021
MM / DD / YYYY

✘ /s/ Mohamed Maghari
Signature of authorized representative of debtor

Mohamed Maghari
Printed name

Title  Manager, TDA Holdings LLC, sole member

### 18. Signature of attorney

✘ /s/ Ronald Drescher
Signature of attorney for debtor

Date  05/28/2021
MM / DD / YYYY

Ronald Drescher
Printed name

Drescher & Associates, PA
Firm name

4 Reservoir Circle Suite 107
Number     Street

Pikesville                              MD        21208
City                                    State     ZIP Code

4104849000                              rondrescher@drescherlaw.com
Contact phone                           Email address

08712                                   MD
Bar number                              State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 4

Fill in this information to identify the case:

Debtor name: M&M Bedding LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Canal Works Advertising, LLC<br>Four Neshaminy Interplex<br>Suite 202<br>Trevose, PA, 19053 | Barb Kuryluk<br>267-520-7133<br>barbara.kuryluk@canalworksadvertising.com | Advertising Company | | | | 2,303,695.17 |
| 2 | American Adjustables LLC<br>2618 Brick Church Road<br>Nashville, TN, 37207-0129 | Barry Elkins<br>615-584-4042<br>belkins@southerlandsleep.com | Product - Adjustable Beds | | | | 688,577.51 |
| 3 | TDA Holding LLC<br>1401 S. Edgewood St.<br>Halethorpe, MD, 21227 | | | | | | 452,781.50 |
| 4 | Southerland<br>2501 McGavock Pike<br>Suite 100<br>Nashville, TN, 37214 | Barry Elkins<br>615-584-4042<br>belkins@southerlandsleep.com | Product - Adjustable Beds | | | | 328,020.28 |
| 5 | InContact, Inc.<br>LockBox 0268<br>P.O. Box 7247<br>Philadelphia, PA, 19170-0268 | Hollee Toone<br>800-399-0928<br>Hollee.Toone@niceincontact.com | Inbound/Outbound Dialer | | | | 72,405.64 |
| 6 | Hard Head Holdings, LLC<br>1401 S Edgewood St<br>Baltimore, MD, 21227 | Ruth Ribis<br>443-696-3002<br>ruth.ribis@easyrest.com | Delivery Company | | | | 31,320.00 |
| 7 | OptimumHQ<br>1955 S. Val Vista Dr. #118<br>Mesa, AZ, 85204 | Andrea Chatfield<br>480-776-6390<br>andrea@optimumhq.com | Software Platform | | | | 15,748.00 |
| 8 | Karen Martie<br>c/o Avi Kaufman, Kaufman P.A.<br>400 NW 26th St<br>Miami, FL, 33127 | | | Disputed<br>Unliquidated | | | 0.00 |

Debtor  M&M Bedding LLC  
_____Name_____  

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

United States Bankruptcy Court
District of Maryland

In re: M&M Bedding LLC

Debtor(s)

Case No.

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/28/2021

/s/ Mohamed Maghari
Signature of Individual signing on behalf of debtor

Manager, TDA Holdings LLC, sole member
Position or relationship to debtor

**American Adjustables LLC**
**2618 Brick Church Road**
**Nashville, TN 37207-0129**


**Canal Works Advertising, LLC**
**Four Neshaminy Interplex**
**Suite 202**
**Trevose, PA 19053**


**CI Baltimore ONLINE**
**COLFIN 2018-8 Industrial Owner LLC**
**PO Box 208383**
**Dallas, TX 75320**


**Comptroller of Maryland**
**110 Carroll Street**
**Annapolis, MD 21411**


**Gil Fuqua, Jr.**
**3100 West End Ave**
**Suite 550**
**Nashville, TN 37203**


**Hard Head Holdings, LLC**
**1401 S Edgewood St**
**Baltimore, MD 21227**


**Horrell Management Services, Inc.**
**3030 Sidco Drive**
**Nashville, TN 37204**


**HR Servie Grouop LLC dba Infinity HR**
**3905 National Drive**
**Suite 400**
**Burtonsville, MD 20866**


**Ike Diibor**
**7517 Heatherfield Drive**
**Windsor Mill, MD 21244**


**InContact, Inc.**
**LockBox 0268**
**P.O. Box 7247**
**Philadelphia, PA 19170-0268**


**IRS**
**Centralized Insolvency Operation**
**P. O. Box 7346**
**Philadelphia, PA 19101**

Karen Martie
c/o Avi Kaufman, Kaufman P.A.
400 NW 26th St
Miami, FL 33127


Karen Martie
c/o Avi Kaufman, Kaufman P.A.
400 W 26th St.
Miami, FL 33127


Maghari Enterprise LLC
13560 Broccolino Way
Clarksville, MD 21029


Mowrey Family Limited Partnership
7865 Tuckahoe Ct
Fulton, MD 20759


OptimumHQ
1955 S. Val Vista Dr. #118
Mesa, AZ 85204


Southerland
2501 McGavock Pike
Suite 100
Nashville, TN 37214


Sovos Compliance, LLC
200 Ballardvale St.
Bldg 1 4th Floor
Wilmington, MA 01887


Stagliano Family Trust
c/o JSC Realty & Investment Services
2711 Lyndon B Johnson FWY #130
Dallas, TX 75234


Swartz-Trotter Rentals, Inc.
PO Box 969
Lexington, SC 29071


TDA Holding LLC
1401 S. Edgewood St.
Halethorpe, MD 21227

CORPORATE RESOLUTION

May 28, 2021

Pursuant to the provisions of the Wyoming General Corporate Law, a special meeting of the members of M&M Bedding, LLC (the "Company"), was held and the following resolutions were unanimously adopted:

RESOLVED: That the Mohamed Moghari, Manager of TDA Holdings, LLC, the Company's sole member, is hereby authorized and directed to execute, in the name of and on behalf of the Company, a Petition under Subchapter V of Chapter 11 of the Federal Bankruptcy Code, and to take any such action as is deemed to be necessary or appropriate in connection with the institution and filing of the Chapter 7 case, and to provide in accordance with the requirements of the Federal Bankruptcy Code, all documents, reports, books, and records of the Company, and in all other ways to comply with the provisions of the Federal Bankruptcy Code as they may apply to that case; and

RESOLVED FURTHER:  That the Company is authorized to retain the law firm of Drescher & Associates, P.A., to represent it in the Chapter 11 proceeding; and

IN WITNESS WHEREOF, I have signed this Corporate Resolution the day and year first hereinabove written.


M&M Bedding, LLC


BY TDA Holdings, LLC, sole member


By*/s/Mohamed Moghari, Manager*
Mohamed Moghari, Manager