United States Bankruptcy Court
District of Maryland

In re:  Case No. 21-13606-MMH
M&M Bedding LLC  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2
Date Rcvd: Mar 14, 2022     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + M&M Bedding LLC, 1401 S. Edgewood St., Halethorpe, MD 21227-1145 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Mar 14 2022 19:10:00 | U.S. Trustee, 101 W. Lombard St., Ste. 2625, Baltimore, MD 21201-2668 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| James Daniel (UST) Ford | j.dan.ford@usdoj.gov |
| John David Folds | dfolds@bakerdonelson.com  sparson@bakerdonelson.com |
| Marc E. Albert | |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 14, 2022 | Form ID: pdfparty | Total Noticed: 2

    marc.albert@stinson.com porsche.barnes@stinson.com

Ronald J Drescher

    ecfdrescherlaw@gmail.com
    ron@clegolftour.com,ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,284@notices.nextchapterbk.com,heather@propelparalegal.com

Tracey Michelle Ohm

    tracey.ohm@stinson.com porsche.barnes@stinson.com

US Trustee - Baltimore

    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: March 14th, 2022
Signed: March 11th, 2022
**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-13606-MMH |
| M&M BEDDING LLC ) | |
| ) | (Chapter 11 – Subchapter V) |
| ) | |
| Debtor. ) | |

### ORDER APPROVING STINSON, LLP'S APPLICATION FOR COMPENSATION AND REIMBUSEMENT OF EXPENSES IN A CAE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation and Reimbursement of Expenses in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Tracey M. Ohm and the law firm Stinson, LLP, as employed legal counsel to Marc E. Albert as Subchapter V Trustee (the "Trustee") for M&M Bedding LLC, the debtor herein (the "Debtor"), seeking compensation and reimbursement of expenses for the period from August 13, 2021 through January 31, 2022 (the "Application Period"), and the Court finding that appropriate notice of the Application has been given, and the Court finding that good and sufficient cause exists to award

CORE/3518993.0014/172598728.1

the compensation requested therein, it is, by the United States Bankruptcy Court for the District of Maryland (Baltimore):

**ORDERED:**

1. That the Application be and is hereby **GRANTED**;

2. That Applicant's compensation for fees in the amount of **$5,000.00** and expenses in the amount of **$0.00** for the Application Period is hereby **APPROVED** pursuant to 11 U.S.C. § 330 and **ALLOWED** as an administrative claim of the estate pursuant to 11 U.S.C. § 503; and

3. That the Debtor is authorized to pay the foregoing allowed administrative claim to Stinson, LLP in a manner consistent with the provisions set forth in Title 11 of the United States Code and the provisions of the Debtor's confirmed Subchapter V Chapter 11 Plan.

cc: Marc E. Albert
    Debtor's counsel
    Office of the United States Trustee

**END OF ORDER**